

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

    -v-                                        22-MC-37

2017 BENTLEY MULSANNE, VIN# SCBBG7ZH5HC002930,

        Defendant.

---

## STIPULATION TO EXTEND PLAINTIFF'S TIME
## TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between and among the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Melanie J. Bailey, Assistant United States Attorney, of counsel, and, Justin D. Ginter, Esq., attorney for David Scrivani, that pursuant to Title 18, United States Code, Section 983(a)(3)(A), the government's time to file a Verified Complaint for Forfeiture is extended from December 27, 2022 to March 27, 2023.

The parties to this Stipulation further agree that David Scrivani may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named properties, and in that event, the government shall then have ten (10) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

DATED: Buffalo, New York, December 14, 2022.

                                            TRINI E. ROSS
                                            United States Attorney

Dated: 12/14/22            BY:      /s/ MJB
                                            Melanie J. Bailey
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            Western District of New York
                                            100 State Street, Suite 5000
                                            Rochester, New York 14614
                                            (716) 843-5863

Dated: 12/8/22

                                            Justin D. Ginter, Esq.
                                            Lipsitz Green Scime Cambria, LLP
                                            42 Delaware Avenue, Suite 120
                                            Buffalo, New York 14202
                                            716) 849-1333